# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAMS CORTINAS,** | 1:16-cv-558-LJO-MJS |
| **Plaintiff,** | **ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Doc. 11)** |
| v. | |
| **CONALL MCCABE,** *et al.***,** | |
| **Defendants.** | |

On November 1, 2016, the Court screened Plaintiff's complaint. Doc. 10 ("Screening Order"). The Court found that some of his causes of action stated cognizable claims, but dismissed others with leave to amend. *Id.* at 10. The Court afforded Plaintiff 30 days from the service of the Screening Order to file a first amended complaint or inform the Court that he wishes to proceed on only his cognizable claims.

On December 8, 2016, Plaintiff filed a motion asking for 30 additional days to file an amended complaint. Doc. 11. Plaintiff states he did not receive the Screening Order until November 17, 2016. *Id.* at 2.

Plaintiff's request is GRANTED. Plaintiff shall file an amended complaint on or before January 6, 2017. The Court will not grant any further extensions of time. If Plaintiff fails to comply with this deadline, his case will proceed on only the claims found cognizable in the Screening Order.

IT IS SO ORDERED.

Dated:   **December 9, 2016**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1