# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,** | **1:16-CV-558-LJO-MJS (PC)** |
| **Plaintiff,** | **ORDER RE DEFENDANTS' REQUEST FOR CLARIFICATION OF SCREENING ORDER (Doc. 17)** |
| **v.** | |
| **CONALL MCCABE, et al.,** | |
| **Defendants.** | |

Defendants Clark, Beregovskaya, Lenoir, and McCabe request that the Court clarify "whether Plaintiff's Fourteenth Amendment claim is proceeding against them or was dismissed" by the Court's screening Order.

The Court found in its screening order that "Plaintiff has stated claims under the Eighth and Fourteenth Amendment against Clark, Beregovskaya, Lenoir, and McCabe." The order's conclusion, however, failed to make clear that Plaintiff's Fourteenth Amendment claim against those Defendants may proceed. Accordingly, to clarify, the Court ORDERS that Plaintiff's Fourteenth Amendment claim against Defendants Clark, Beregovskaya, Lenoir, and McCabe may proceed.

IT IS SO ORDERED.

Dated: __April 17, 2017__          _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE