UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>CONALL MCCABE, et al.,<br><br>Defendants. | 1:16-cv-0558 LJO MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO:**<br><br>**(1) DENY PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND/OR PROTECTIVE ORDER;**<br><br>**(2) DENY PLAINTIFF'S MOTION FOR A COURT ORDER EMERGENCY CIRCUMSTANCES TELEPHONIC CONFERENCE;**<br><br>**(3) DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; AND**<br><br>**(4) DENY PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION AND A TEMPORARAY RESTRAINING ORDER**<br><br>**(ECF NOS. 24, 32, 35, 38, 51.)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2017, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any

1

objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 51.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 7, 2017 (ECF No. 51), are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunction and/or protective order (ECF No. 24) is DENIED;

3. Plaintiff's motion for a "court order emergency circumstance[s] telephonic conference" (ECF No. 32) is DENIED;

4. Plaintiff's motion for temporary restraining order (ECF No. 35) is DENIED; and

5. Plaintiff's request for a preliminary injunction and a temporary restraining order (ECF No. 38) is DENIED.

IT IS SO ORDERED.

Dated: **December 28, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE