
FILED
MAR 26 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>CONALL MCCABE, et al.,<br><br>Defendants. | Case No. 1:16-cv-00558-LJO-MJS (PC)<br><br>ORDER THAT INMATE LARRY WILLIAM CORTINAS, CDCR # P-09908 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on March 23, 2018, inmate Larry William Cortinas, CDCR #P-09908, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Date: 3/23/18

_____
UNITED STATES MAGISTRATE JUDGE

1